UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Derek Trotter, | Court File No. 05-0036 MJD/JGL |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL AGAINST THE CITY OF MINNEAPOLIS** |
| Aaron Hanson, in his individual capacity, and the City of Minneapolis, | |
| Defendants. | |

---

The above-captioned matter, having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement, the Court hereby approves the settlement of the case and orders the case dismissed as to the City of Minneapolis with prejudice and without costs to any party.

SO ORDERED

Dated: August 10, 2005              s/ Michael J. Davis
                                    Michael J. Davis
                                    Judge of United States District Court